IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY B. MOORER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:10CV705-MHT |
| | )                   (WO) |
| CAROLINE STEEL GROUP, LLC, et al., | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

On August 19, 2010, plaintiff filed a motion for leave to proceed *in forma pauperis* in this action. By statute, this court is authorized to allow the commencement of this action without prepayment of fees, provided the plaintiff files an affidavit including all assets he possesses and stating that he is unable to pay such fees or give security therefor. 28 U.S.C. § 1915(a)(1). Plaintiff's affidavit does not meet the requirements of the statute. On the form affidavit completed by plaintiff, he states that within the past twelve months he has received income other than wages. However, he has not reported – as requested on the form – either the amount or source of the income or whether he expects to receive further income from that source in the future. See affidavit, ¶ 3.[1]

Accordingly, the motion to proceed *in forma pauperis* (Doc. # 2) is DENIED. Upon filing an affidavit in compliance with the statute, plaintiff may renew his motion. Plaintiff is advised that if he fails either to renew his motion or pay the filing fee by **September 13,**

---

[1] Plaintiff's answers regarding his debts and monthly expenses are also incomplete.

**2010**, this action may be dismissed.

Done, this 31st day of August, 2010.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE